AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For Offenses Committed On or After November 1, 1987) |

**David Edward Jorgensen**

Case Number:  26-cr-01251-MSB

Patrick Q. Hall
_____
Defendant's Attorney

**REGISTRATION  NO.**

The Defendant:

☒  pleaded guilty to count(s)   1 OF THE MISDEMEANOR INFORMATION

☐  was found guilty on count(s) _____

    after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1701 | Obstruction of Mails (MISDEMEANOR) | 1 |

The defendant is sentenced is provided on page 2 of this judgment

☐  The defendant has been found not guilty on count(s) _____

☐  Count(s) _____ is   Dismissed without prejudice on the motion of the United States.

☒  Assessment : $10.00

☐  See fine page     ☐  Forfeiture pursuant to order filed _____ , included herein.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

April 30, 2026
_____
Date of Imposition of Sentence

_____
HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

26-cr-01251-MSB

DEFENDANT:    **David Edward Jorgensen**                                    Judgment – Page 2 of 3

CASE NUMBER:    **26-cr-01251-MSB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
TIME SERVED

☐    Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ A.M.        on _____

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    on or before

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____    DEPUTY UNITED STATES MARSHAL

26-cr-01251-MSB

Clear Form

AO 245S     Judgment in Criminal Case
          Sheet 5 — Criminal Monetary Penalties

Judgment — Page   3   of   3

DEFENDANT:    David Edward Jorgensen
CASE NUMBER: 26-cr-01251-MSB

# RESTITUTION

The defendant shall pay restitution in the amount of     $100.00     unto the United States of America.

Defendant agrees to pay restitution as follows:

| Amount: | Payment Date |
| --- | --- |
| $100 | within 2 weeks of signing this plea agreement |

Restitution shall be paid to or on behalf of the following victim(s):

| Victim | Amount |
| --- | --- |
| A.B. | $50 |
| M.R. | $50 |

The restitution shall be paid through the office of the Clerk of the District Court by bank or cashier's check or money order made payable to the "Clerk, United States District Court"

26-cr-01251-MSB